FILED
FEB 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Javier AGUILAR,<br>Defendant. | Magistrate Case No.:<br>'08 MJ 8128<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance Felony) |

The undersigned complainant being duly sworn states:

That on or about February 9, 2008, within the Southern District of California, defendant Javier AGUILAR, did knowingly and intentionally import approximately 3.46 kilograms (7.612 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 11th DAY OF FEBRUARY 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

1 UNITED STATES OF AMERICA
         v.
2 Javier AGUILAR

### STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Mario Vazquez.

On February 9, 2008, at approximately 1635 hours, Javier AGUILAR entered the United States at the Calexico, California, East Port of Entry. AGUILAR was the driver of a 2001 Toyota Tundra Pick-up, bearing California license plate 7J20748.

The primary inspector, Customs and Border Protection Officer (CBPO) Castillo received a negative Customs declaration from AGUILAR. AGUILAR also identified himself as a United States citizen presenting his U.S. passport and stated he lived in Chino, CA. CBPO Castillo inquired as to the ownership of the vehicle. AGUILAR stated the vehicle belonged to his aunt, and that he had borrowed it 15 days ago. AGUILAR and the vehicle were referred to secondary inspection for closer examination.

In the vehicle secondary lot, a canine inspection of the vehicle was performed. The canine alerted and responded to the engine compartment of the vehicle AGUILAR was driving.

A subsequent inspection of the vehicle revealed 7 packages concealed in a specially built compartment within the intake manifold on the engine of the vehicle. CBPO Ramos probed one of the packages which revealed a white powdery substance that field-tested positive for methamphetamine. The 7 packages had a combine net weight of approximately 3.46 kilograms (7.612 pounds.